| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Toyota Motor Credit Corporation |
| In Re:<br>    Castillo, Kevin Y. |

Order Filed on April 12, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No:    17-11880 SLM

Hearing Date: April 11, 2017

Judge:  Stacey L. Meisel

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 12, 2017**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as:

**2014 TOYOTA COROLLA , VIN: 2T1BURHE3EC212437,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-11880-SLM
Kevin Y. Castillo                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin          Page 1 of 1             Date Rcvd: Apr 12, 2017
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.
db         +Kevin Y. Castillo,    98 Malvern Street, 2nd Floor,    Newark, NJ 07105-1523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Jeffrey  Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,  NJ19@ecfcbis.com
      Jeffrey  Lester    jlester@bllaw.com,  NJ19@ecfcbis.com
      Roger  Chavez    on behalf of Debtor Kevin Y. Castillo rchavez01@aol.com,  rchavez@chavezlegal.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 5